☞ **ORIGINAL**

**JUDGE STEIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                            :          NOTICE OF INTENT TO
                                              FILE AN INFORMATION
SANTO C. MAGGIO,                   :

        Defendant.         :          07 Cr.

                                   **07 CRIM 1196**

- - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's

Office will file an information upon the defendant's waiver of

indictment, pursuant to Rule 7(b) of the Federal Rules of

Criminal Procedure.

Dated:    New York, New York
        November _11_, 2007
        _December_

                  MICHAEL J. GARCIA
                  United States Attorney

        By:

                  Neil M. Barofsky
                  Christopher L. Garcia
                  Assistant United States Attorneys
                  (212) 637-2333/1022

                  AGREED AND CONSENTED TO:

                  Scott E. Hershman, Esq.
                  Attorney for Santo C. Maggio

DOC #:
FILED: 12/11/07