UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

      v.                              :

SANTO MAGGIO,                   :    07 Cr. ____  (SHS)

          Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**07 CRIM 1196**

*JUDGE STEIN*

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1343, 2, and Title 15, United States Code, Sections 78j(b), 78ff, and Title 17, Code of Federal Regulations, Section 240.10b-5, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



                                                   _____
                                                   Defendant

                                                   _____
                                                   Witness

                                                   _____
                                                   Counsel for Defendant

Date:  New York, New York
         December 19, 2007

0202