USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :

          -v.-                    :

SANTO C. MAGGIO,                  :    07 Cr. 1196 (SHS)

                                  :
          Defendant.
                                  :

- - - - - - - - - - - - - - - - - x
```

STEIN, D.J.

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on December 19, 2007;

    WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
            February 19, 2008

                                            UNITED STATES DISTRICT JUDGE