ORIGINAL

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 Cr. 1196 (SHS) |
| DEFENDANT<br>Santo Maggio | TYPE OF PROCESS<br>Corrected Copy MJ/POF |

| SERVE ▶ | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Sandy Moo, USMS |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 500 Pearl Str., NY, NY 10007 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA

NEW YORK, NY 10007-1703
Return to: Karyn Leon-Matovick/FSA Paralegal

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                                Fold

Please publish the attached notice of publication once a week for three consecutive weeks.

USAO#2007R02334

CATS# see attached list

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Sharon Cohen Levin/KLM*<br>AUSA Sharon Cohen Levin | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-1060 | DATE<br>3/7/08 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk<br>*Sandy Moo* | Date<br>3/11/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 5/8/08    Time    am/pm
*Sandy Moo*
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal | Amount of Refund |

REMARKS: 5/8/08 - Notice was published in the New York Law Journal on March 26, 2008; April 2 & 9, 2008. (copy attached)

| PRIOR EDITIONS MAY BE USED | FORM USM-285 |

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
  *County of New York,*  s.:

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 26th day of March, 2008.

TO WIT: MARCH 26, 2008 APRIL 2, 9, 2008

*Cynthia Byrd*

SWORN TO BEFORE ME, this 9th day
Of April, 2008.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
*County of New York,*   s.:

**MISCELLANEOUS**

**NOTICE OF:**
**UNITED STATES v.**
**SANTO MAGGIO**
**07 Cr. 1196 (SHS)**

NOTICE IS HEREBY given that on March 5, 2008, in the case of United States v. Santo Maggio, 07 Cr. 1196 (SHS), the United States District Court for the Southern District of New York entered a (Corrected Copy) Order of Forfeiture/Preliminary Order of Forfeiture as to Specific Property condemning and forfeiting Santo Maggio's right, title, and interest in the following Subject Property to the United States Marshals Service:

a. Cash in U.S. Trust checking accounts numbered 240196 and 2401754;
b. Surrender value of the following insurance policies: (i) Prudential Financial Insurance Policy No. 71169407; (ii) Mass Mutual Financial Group Insurance Policy No. 3709761; and (iii) Mass Mutual Financial Group Insurance Policy No. 3842605;
c. Furniture and household goods contained inside the real properties owned by the defendant and the defendant's wife, Carol Maggio, that were purchased with the proceeds of the crimes charged;
d. One 2006 Infiniti M35, Vin # JNKAY01E56M1008640;
e. All securities and cash held in the following accounts: (i) U.S. Trust Excelsior Funds, account no. 1000571077; (ii) Citibank account no. B/596449; (iii) U.S. Trust account no. 1164147 (Starting Over LLC); and (iv) U.S. Trust Tax Exempt Bonds account number 75101117;
f. $25,000.00 in U.S. currency;
g. Prudential IRA account number E-0059505;
h. The following annuities: (i) AXA annuity no. 303 718 761; (ii) Prudential annuity no. E0042922; and (iii) Prudential annuity no. E0126362;
i. $39,665.00 in U.S. currency;
j. 1825 8th Street, Naples, Florida;
k. 116 Good Hope, Berkeley Hall, Hilton Head, South Carolina;
l. Lot # 309, Berkeley Hall, Hilton Head, South Carolina;
m. Lot # 526, Belfair Plantation, Hilton Head, South Carolina;
n. Unit # 1801 Aversana, Hammock Bay, Naples, Florida;
o. Unit # 106 Aversana, Hammock Bay, Naples, Florida;
p. Flagship Resort, Atlantic City (Timeshare);
q. One Rolex watch;
r. $31,000.00 in U.S. currency;
s. $2,000.00 in U.S. currency;
t. One 2004 25-foot Premiere powerboat and engine, HIN # PMY3079L304;
u. One 2004 Range Rover, Vin # SALME11485A186942; and
v. 9243 Tesoro Lane, #201, Fiddlers Creek, Naples, Florida;

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 26thday of March, 2008.

TO WIT: MARCH 26, 2008 APRIL 2, 9, 2008

*Cynthia Byrd*

SWORN TO BEFORE ME, this 9th day
Of April, 2008.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

The Order of Forfeiture/Preliminary Order of Forfeiture as to Specific Property having been entered on February 20, 2008 the United States hereby gives notice of its intention to dispose of the forfeited Subject Property in such a manner as the United States Secretary of Treasury may direct. Any person having or claiming a legal right, title or interest in the aforementioned Subject Property must file a petition within thirty (30) days of the final publication of this notice, which will be May 9, 2008.

The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Subject Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited Subject Property and any additional facts supporting the petitioner's claim and the relief sought.

FOR NOTICE OF PUBLICATIONS GO TO: WWW.FORFEITURE.GOV

On December 1, 2006, Rule G of the of the Supplemental Rules for Certain Admiralty and Maritime Claims, part of the Federal Rules of Civil Procedure, became effective. This new rule now governs procedures for civil and criminal asset forfeiture actions in the federal courts.

Notice of judicial forfeiture actions has traditionally been published in newspapers. The new rule now permits publication of forfeiture notices on a government internet site (www.forfeiture.gov), and this site incorporates these forfeiture notices that have been traditionally published in newspapers.

This site is currently fully operational, civil and criminal forfeiture notices will continue to be published in newspapers for a period of time before newspaper publication is eventually abandoned in favor of this website. The website contains a comprehensive list of pending notices of both civil and criminal forfeiture actions in United States District Courts around the country.

MICHAEL J. GARCIA
U.S. Attorney/SDNY

JOSEPH R. GUCCIONE
U.S. Marshal/SDNY
988434                    m26-W a9