IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 CR.1196 (SHS) |
| | ) | |
| US v. Santo C. Maggio | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on March 19, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2008.

_____

Sharon Cohen-Levin

Chief, Asset Forfeiture Unit
Assistant United States Attorney
(212) 637-1060 (phone)
(212) 637-0421 (fax)

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 07 CR.1196 (SHS); NOTICE OF FORFEITURE

Notice is hereby given that on March 05, 2008, in the case of US v. Santo C. Maggio, Court Case Number: 07 CR.1196 (SHS), the United States District Court for the Southern District of New York entered a Preliminary Order of Forfeiture condemning and forfeiting the following property to the United States of America:

Cash in U.S. Trust Checking Accounts Numbered 240196 and 2401754 (08-USP-000373), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

Surrender value of the following insurance policy Prudential Financial Insurance Policy No. 71169407 (08-USP-000374), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

Furniture and household goods contained inside the real properties owned by the defendant and the defendants wife, Carol Maggio, that were purchased with the proceeds of the crimes charged (08-USP-000375), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

One 2006 Infiniti M35, JNKAYO1E56M1008640 VIN# (08-USP-000376), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

U.S. Trust Excelsior Funds, Acct No. 1000571077 (08-USP-000377), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

Cash in Lieu of defendants interest in West Point Partners Partnerships and Team Valor Partnerships (08-USP-000378), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

Prudential IRA Account No. E-0059505 (08-USP-000379), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

AXA Annuity No. 303 718 761 (08-USP-000380), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

Cash in Lieu of One 2001 Glacier Bay 26 foot boat, HIN# GLKG1002J2001 (08-USP-000381), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

1825 8th Street, Naples Florida (08-USP-000382)

116 Good Hope, Berkeley Hall, Hilton Head, South Carolina (08-USP-000383)

Lot #309, Berkeley Hall, Hilton Head, South Carolina (08-USP-000384)

Lot #526, Belfair Plantation, Hilton Head, South Carolina (08-USP-000385)

Unit # 1801 Aversana, Hammock Bay, Naples, Florida (08-USP-000386)

Unit # 106 Aversana, Hammock Bay, Naples, Florida (08-USP-000387)

Flagship Resort, Atlantic City (Timeshare) (08-USP-000388)

One Rolex watch (08-USP-000389), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

Cash in Lieu of defendants interest in Fiddlers Creek Gold Membership and Tarpon Bay Membership (08-USP-000390), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

Cash in Lieu of a quantity of wine (08-USP-000391), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

One 2004 25-Foot Premiere powerboat and engine, HIN# PMY3079L304 (08-USP-000392), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

One 2004 Range Rover, SALME11485A186942 VIN# (08-USP-000393), which was seized from Santo Maggio on January 02, 2008 at 1825 8th Street, located in Naples, FL

9243 Tesoro Lane, #201, Fiddlers Creek, Naples, Florida (08-USP-000394)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days from the first day of publication (March 19, 2008) of

this Notice on this official government internet web site, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The petition must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY  10007, and a copy served upon Assistant United States Attorney Sharon Cohen-Levin, One St. Andrew's Plaza, New York, NY  10007.  The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

### Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 19, 2008 and April 17, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

US v. Santo C. Maggio
**Court Case No:** 07 CR.1196 (SHS)
**For Asset**      See Attached Asset List
**ID(s):**

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/19/2008 | 22.8 | Verified |
| 2 | 03/20/2008 | 22.8 | Verified |
| 3 | 03/21/2008 | 22.7 | Verified |
| 4 | 03/22/2008 | 22.8 | Verified |
| 5 | 03/23/2008 | 22.8 | Verified |
| 6 | 03/24/2008 | 22.8 | Verified |
| 7 | 03/25/2008 | 22.9 | Verified |
| 8 | 03/26/2008 | 22.8 | Verified |
| 9 | 03/27/2008 | 22.6 | Verified |
| 10 | 03/28/2008 | 22.8 | Verified |
| 11 | 03/29/2008 | 23.5 | Verified |
| 12 | 03/30/2008 | 23.5 | Verified |
| 13 | 03/31/2008 | 23.5 | Verified |
| 14 | 04/01/2008 | 23.6 | Verified |
| 15 | 04/02/2008 | 23.6 | Verified |
| 16 | 04/03/2008 | 23.5 | Verified |
| 17 | 04/04/2008 | 23.4 | Verified |
| 18 | 04/05/2008 | 22.9 | Verified |
| 19 | 04/06/2008 | 23.3 | Verified |
| 20 | 04/07/2008 | 23.4 | Verified |
| 21 | 04/08/2008 | 23.6 | Verified |
| 22 | 04/09/2008 | 23.3 | Verified |
| 23 | 04/10/2008 | 23.4 | Verified |
| 24 | 04/11/2008 | 23.3 | Verified |
| 25 | 04/12/2008 | 23.5 | Verified |
| 26 | 04/13/2008 | 23.5 | Verified |
| 27 | 04/14/2008 | 23.3 | Verified |
| 28 | 04/15/2008 | 23.5 | Verified |
| 29 | 04/16/2008 | 22.9 | Verified |
| 30 | 04/17/2008 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.  For more information, please contact Sharon Cohen-Levin in the Southern District of New York at 212-637-1060.

**Asset List**

Assets published beginning on March 19, 2008 for Court Case No 07 CR.1196 (SHS)

| **Asset ID** | **Asset Description** |
|---|---|
| 08-USP-000373 | Cash in U.S. Trust Checking Accounts Numbered 240196 and 2401754 |
| 08-USP-000374 | Surrender value of the following insurance policy Prudential Financial Insurance Policy No. 71169407 |
| 08-USP-000375 | Furniture and household goods contained inside the real properties owned by the defendant and the defendants wife, Carol Maggio, that were purchased with the proceeds of the crimes charged |
| 08-USP-000376 | One 2006 Infiniti M35, JNKAYO1E56M1008640 |
| 08-USP-000377 | U.S. Trust Excelsior Funds, Acct No. 1000571077 |
| 08-USP-000378 | Cash in Lieu of defendants interest in WestPoint Partners Partnerships and Team Valor Partnerships |
| 08-USP-000379 | Prudential IRA Account No. E-0059505 |
| 08-USP-000380 | AXA Annuity No. 303 718 761 |
| 08-USP-000381 | Cash in Lieu of One 2001 Glacier Bay 26 foot boat, HIN# GLKG1002J2001 |
| 08-USP-000382 | 1825 8th Street, Naples Florida |
| 08-USP-000383 | 116 Good Hope, Berkeley Hall, Hilton Head, South Carolina |
| 08-USP-000384 | Lot #309, Berkeley Hall, Hilton Head, South Carolina |
| 08-USP-000385 | Lot #526, Belfair Plantation, Hilton Head, South Carolina |
| 08-USP-000386 | Unit # 1801 Aversana, Hammock Bay, Naples, Florida |
| 08-USP-000387 | Unit # 106 Aversana, Hammock Bay, Naples, Florida |
| 08-USP-000388 | Flagship Resort, Atlantic City (Timeshare) |
| 08-USP-000389 | One Rolex watch |
| 08-USP-000390 | Cash in Lieu of defendants interest in Fiddlers Creek Gold Membership and Tarpon Bay Membership |
| 08-USP-000391 | Cash in Lieu of a quantity of wine |
| 08-USP-000392 | One 2004 25-Foot Premiere powerboat and engine, HIN# PMY3079L304 |
| 08-USP-000393 | One 2004 Range Rover, SALME11485A186942 |
| 08-USP-000394 | 9243 Tesoro Lane, #201, Fiddlers Creek, Naples, Florida |